Opinion issued June 23, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00011-CV

———————————

730 N. Post Oak Office Park AND
730 NORTH POST OAK, L.P., Appellants

V.

Harris
County Appraisal District, Appellee



 



 

On Appeal from the 61st District Court

Harris County, Texas



Trial Court Case No. 2007-52237

 



 

MEMORANDUM OPINION ON REHEARING

Appellee
has filed a motion for rehearing.  Appellants
have not filed a response.  The parties
jointly filed an agreed motion to withdraw the Court’s opinion of March 17,
2011 and to dismiss the appeal, informing the Court that they have reached a
settlement.  See Tex. R. App. P.
42.2(a)(2).  

We withdraw our opinion of March
17, 2011, and we vacate our judgment of the same date.  We substitute this opinion in place of the
withdrawn opinion.

All pending motions in this appeal
are denied as moot.  The Clerk is
directed to issue mandate within 10 days of the date of this opinion.  Tex. R.
App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Higley and Massengale.